**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
11811 N. Tatum, Suite 3031
Phoenix, AZ  85028
cbdodrill@wolfewyman.com
Tel: (602) 953-0100
Fax: (602) 953-0101

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAREN GUERTIN,<br><br>           Plaintiff,<br>  v.<br><br>NATIONSTAR MORTGAGE, LLC; QUALITY LOAN SERVICE CORP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-100,<br><br>           Defendants. | Case No. 2:11-cv-01167-GMN-PAL<br><br>**ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS** |

　　　Defendant, NATIONSTAR MORTGAGE, LLC, having filed a Motion to Expunge Lis Pendens on February 22, 2012, the Court having considered the moving papers, its own files and good cause appearing therefore, orders as follows:

　　　1.　　The Court grants Defendant's Motion to Expunge Lis Pendens and enters an order expunging, canceling, and discharging the "Notice of LIS PENDENS" recorded on July 15, 2011 with the Clark County Recorder's Office as Instrument No. 201107150003058 as to a certain parcel of real property with APN No. 138-04-702-004.

　　　IT IS THEREFORE ORDERED that Defendant's Motion to Expunge Lis Pendens is hereby granted.

　　　IT IS THEREFORE ORDERED the Notice of Pendency of Action or Lis Pendens recorded by the Plaintiff in relation to this matter, as Instrument No. 201107150003058 as to a certain parcel

1016253.1

1. of real property with APN No. 138-04-702-004 shall be expunged.
2.     IT IS FURTHER ORDERED that a copy of this Order can be recorded at the Clark County
3. Recorder's Office in the applicable chain of title.
4.     **IT IS SO ORDERED** this 5th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by,

WOLFE & WYMAN LLP

By: _/s/ Colt B. Dodrill_
    COLT B. DODRILL, ESQ.
    Nevada Bar No. 9000
    11811 N. Tatum, Suite 3031
    Phoenix, AZ  85028
    **Attorneys for Defendant**
    **NATIONSTAR MORTGAGE, LLC**

1016253.1