1
2
3
4
5

**COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
**WOLFE & WYMAN LLP**
**11811 N. Tatum, Suite 3031**
**Phoenix, AZ  85028**
**cbdodrill@wolfewyman.com**
**Tel: (602) 953-0100**
**Fax: (602) 953-0101**

6
7

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

8

## UNITED STATES DISTRICT COURT

9

## FOR THE DISTRICT OF NEVADA

10

11
12
13
14
15
16
17

KAREN GUERTIN,

            Plaintiff,

  v.

NATIONSTAR MORTGAGE, LLC; QUALITY
LOAN SERVICE CORP; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC.; and DOES 1-100,

           Defendants.

Case No. 2:11-cv-01167-GMN-PAL

**ORDER GRANTING MOTION TO
EXPUNGE LIS PENDENS**

18
19
20

      Defendant, NATIONSTAR MORTGAGE, LLC, having filed a Motion to Expunge Lis
Pendens on February 22, 2012, the Court having considered the moving papers, its own files and
good cause appearing therefore, orders as follows:

21
22
23
24

      1.     The Court grants Defendant's Motion to Expunge Lis Pendens and enters an order
expunging, canceling, and discharging the "Notice of LIS PENDENS" recorded on July 15, 2011
with the Clark County Recorder's Office as Instrument No. 201107150003058 as to a certain parcel
of real property with APN No. 138-04-702-004.

25
26

      IT IS THEREFORE ORDERED that Defendant's Motion to Expunge Lis Pendens is hereby
granted.

27
28

      IT IS THEREFORE ORDERED the Notice of Pendency of Action or Lis Pendens recorded
by the Plaintiff in relation to this matter, as Instrument No. 201107150003058 as to a certain parcel

1

1   of real property with APN No. 138-04-702-004 shall be expunged.

2           IT IS FURTHER ORDERED that a copy of this Order can be recorded at the Clark County

3   Recorder's Office in the applicable chain of title.

4           **IT IS SO ORDERED** this 5th day of March, 2012.

5

6           _____

7           Gloria M. Navarro
            United States District Judge

8

9   Respectfully submitted by,

10  WOLFE & WYMAN LLP

11

12

13  By: */s/ Colt B. Dodrill*
            _____
            COLT B. DODRILL, ESQ.
14          Nevada Bar No. 9000
            11811 N. Tatum, Suite 3031
15          Phoenix, AZ  85028
            **Attorneys for Defendant**
16          **NATIONSTAR MORTGAGE, LLC**

17

18

19

20

21

22

23

24

25

26

27

28

2